**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**21st CENTURY WIRELESS GROUP, INC.**                                      **PLAINTIFF**

**v.**                              **Case No. 4:02-CV-726 JMM**

**KATHRYN A. PEACOCK, EXECUTRIX OF THE
  ESTATE OF JOHN F. PEACOCK**                                              **DEFENDANT**

**ORDER**

During the hearing held October 13, 2006 on Plaintiff's motion to enforce settlement, the Court took under advisement Plaintiff's motion for attorneys' fees in connection with the filing of the motion to enforce. The Court hereby denies Plaintiff's request for attorneys' fees.

IT IS SO ORDERED this 2nd day of November, 2006.

_____
James M. Moody
United States District Judge